**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6509**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

STEVEN LAVOUR TWITTY,

              Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Cameron McGowan Currie, District Judge.   (0:98-cr-00826-CMC-1)

---

Submitted:  May 24, 2012                    Decided:  May 31, 2012

---

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven Lavour Twitty, Appellant Pro Se.  Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Lavour Twitty appeals the district court's orders denying his motions for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006) and for reconsideration. Twitty pleaded guilty to one count of possession with intent to distribute and distribution of cocaine and cocaine base in violation of 21 U.S.C. § 841(a)(1) (2006). He is currently serving the statutory maximum sentence of 240 months' imprisonment for that offense. But for that statutory maximum, the low end of Twitty's Guidelines range both before and after Amendment 750 exceeded 240 months. Therefore, the district court properly found that Amendment 750 had no effect on Twitty's Guidelines range. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED